No. 353. TORINUS *v.* JOHNSON ET AL. Jurisdictional state-

ment distributed September 10, 1936. Decided October 12, 1936. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Tappan* v. *Merchants' National Bank,* 19 Wall. 490, 505; *Florida Central R. Co.* v. *Reynolds,* 183 U. S. 471, 480–481; *White River Co.* v. *Arkansas,* 279 U. S. 692, 696–699. *Mr. Carl W. Cummins* for appellant. *Messrs. Harry H. Peterson* and *William S. Ervin* for appellees.

No. —, original. Ex parte Thomas P. Merriam. October 12, 1936. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. Ex parte Joseph Lesser. October 12, 1936. Motion for leave to file petition for writ of habeas corpus denied.